IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PES HOLDINGS, LLC, et al., | : | Bankruptcy Case No. 19-11626 |
| | : | |
| Debtors. | : | |
| | : | |
| PES HOLDINGS, LLC, and CORTLAND CAPITAL MARKET SERVICES, LLC, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 20-363-RGA |
| | : | |
| ICBC STANDARD BANK PLC., | : | |
| | : | |
| Appellee. | : | |

**O R D E R**

WHEREAS, the Magistrate Judge filed a recommendation that these cases be withdrawn from the process of mediation (D.I. 6);

WHEREAS, this Court So Ordered that recommendation on April 27, 2020 (D.I. 7);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

Appellant's Opening Brief on appeal shall be filed within **thirty (30) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed withing **thirty (30) days** of receipt of opening brief.

Appellant's Reply Brief on appeal shall be filed within **fourteen (14) days** of receipt of answering brief.

<br>

| | |
|---|---|
| <u>April 27, 2020</u> | <u>/s/ Richard G. Andrews</u> |
| DATE | UNITED STATES DISTRICT JUDGE |